# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
12/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: cd DEPUTY

Case Number: 2:22-cr-00593-PA
Defendant Number: 1
U.S.A. v. Anthony David Flores
Year of Birth: 1976

☐ Indictment  ☐ Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense: 6/23/-2017- Present

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles  ☐ Ventura
☐ Orange  ☐ Santa Barbara
☐ Riverside  ☐ San Luis Obispo
☐ San Bernardino  ☐ Other

Citation of Offense: 18 U.S.C. §§ 1349, 1343, 1341, 1028A 1956(h), 1956(a)(1)(B)(i), 1956(a)(1)(B)(i)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No  ☐ Yes

If "Yes," Case Number: n/a

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): n/a

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: n/a
Case Number: n/a
Assigned Judge: n/a
Charging: n/a

The complaint/CVB citation:
☐ is still pending
☐ was dismissed on: n/a

## PREVIOUS COUNSEL

Was defendant previously represented?  ☐ No  ☐ Yes
IF YES, provide Name: n/a
Phone Number: n/a

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  ☐ Yes  ☐ No

This is the n/a superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: n/a

Case Number n/a

The superseded case:
☐ is still pending before Judge/Magistrate Judge
n/a
☐ was previously dismissed on n/a

Are there 8 or more defendants in the superseding case?
☐ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes  ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect:
n/a

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien
Alias Name(s)  Anton David

This defendant is charged in:
 ☑ All counts
 ☐ Only counts: 

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☐ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud     ☐ public corruption
☐ government fraud                ☐ tax offenses
☐ environmental issues            ☑ mail/wire fraud
☐ narcotics offenses              ☐ immigration offenses
☐ violent crimes/firearms         ☐ corporate fraud
☐ Other 

**CUSTODY STATUS**

Defendant is **not in custody**:
 a. Date and time of arrest on complaint:  n/a
 b. Posted bond at complaint level on:  n/a
    in the amount of $ n/a
 c. PSA supervision?  ☐ Yes  ☐ No
 d. Is on bail or release from another district:
    n/a

Defendant is **in custody**:
 a. Place of incarceration:  ☐ State  ☐ Federal
 b. Name of Institution:  n/a
 c. If Federal, U.S. Marshals Service Registration Number:
    n/a
 d. ☐ Solely on this charge.  Date and time of arrest:
    n/a
 e. On another conviction:  ☐ Yes  ☐ No
    IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
 f. Awaiting trial on other charges:  ☐ Yes  ☐ No
    IF YES:  ☐ State  ☐ Federal  AND
    Name of Court:  n/a
    Date transferred to federal custody: 

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: 

Date   12/13/2022

*Andrew M. Roach*
Signature of Assistant U.S. Attorney
Andrew M. Roach
Print Name