Query    Reports    Utilities    Help    What's New    Log Out

**FILED**
CLERK, U.S. DISTRICT COURT
1/31/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___vav___ DEPUTY

CLOSED

## U.S. District Court
### SOUTHERN DISTRICT OF TEXAS (Houston)
### CRIMINAL DOCKET FOR CASE #: 4:23-mj-00180-1

2:22-cr-00593-PA-2

| | |
|---|---|
| Case title: USA v. Moore | Date Filed: 01/31/2023 |
| Other court case number: 2:22-cr-593 Central District of California | Date Terminated: 01/31/2023 |

Assigned to: Magistrate Judge Peter Bray

**Defendant (1)**

| | | |
|---|---|---|
| **Anna Rene Moore**<br>*In Custody*<br>*TERMINATED: 01/31/2023* | represented by | **Federal Public Defender - Houston**<br>440 Louisiana<br>Ste 310<br>Houston, TX 77002<br>713-718-4600<br>Fax: 713-718-4610<br>Email: hou_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1349.F Conspiracy to Commit Wire Fraud and Mail Fraud , 18:1343.F Wire Fraud, 18:1341.F Mail Fraud, 18:1028A.F Aggravated Identity Theft , 18:1956-3100.F Conspiracy to Engage in Money Laundering , 18:1956-3200.F Laundering of Monetary Instruments , 18:1957-5800.F Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, 18:2.F Causing an Act to Be Done, 18:981.F, 18:982.F, 28:2461C.F | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 01/31/2023 | 1 | Indictment Central District of California as to Anna Rene Moore, filed.(AntonioBanda, 4) (Entered: 01/31/2023) |
| 01/31/2023 | | Arrest (Rule 40) of Anna Rene Moore, filed. (AntonioBanda, 4) (Entered: 01/31/2023) |
| 01/31/2023 | 2 | Arrest Warrant issued 12/15/2022; Returned Executed on 01/31/2023 as to Anna Rene Moore. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (AntonioBanda, 4) (Entered: 01/31/2023) |
| 01/31/2023 | | ***Set Hearing as to Anna Rene Moore: Initial Appearance - Rule 40 set for 1/31/2023 at 02:00 PM in Courtroom 703 before Magistrate Judge Peter Bray (AntonioBanda, 4) (Entered: 01/31/2023) |
| 01/31/2023 | | Arrest of Anna Rene Moore, filed. (jmarchand, 4) (Entered: 01/31/2023) |
| 01/31/2023 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 1/31/2023 before Magistrate Judge Peter Bray as to Anna Rene Moore. Defendant first appearance on Indictment from the California Central District Court 2:22Cr593 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD to be entered, Defendant waives Identity, Detention Hearing in this district and Waiver of Rule 5 & 5.1 Hearings executed, Waiver of Identity, Detention Hearing in this district executed on the record, Defendant ordered removed to originating district. Appearances: AUSA Grace M Murphy for USA; AFPD Heather Hughes for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Yes) Defendant remanded to custody, filed. (jmarchand, 4) (Entered: 01/31/2023) |
| 01/31/2023 | 3 | Sealed Financial Affidavit CJA 23 by Anna Rene Moore, filed. (Entered: 01/31/2023) |
| 01/31/2023 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. ( Signed by Magistrate Judge Peter Bray) Parties notified. (jmarchand, 4) (Entered: 01/31/2023) |
| 01/31/2023 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Anna Rene Moore. Defendant committed to the California Central District Court. ( Signed by Magistrate Judge Peter Bray) Parties notified. (jmarchand, 4) (Entered: 01/31/2023) |
| 01/31/2023 | | RULE 5 Papers sent via email to California Central District Court Los Angeles Division as to Anna Rene Moore, filed.(jmarchand, 4) (Entered: 01/31/2023) |
| 02/01/2023 | 6 | Pretrial Services Report (Sealed) as to Anna Rene Moore, filed. (MoniqueGonzalez, 4) (Entered: 02/01/2023) |

United States District Court
Southern District of Texas
**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:23−mj−00180 |
| § | |
| Anna Rene Moore § | |

ORDER APPOINTING COUNSEL

    Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints the Federal Public Defender to represent the defendant.

    Signed at Houston, Texas, on January 31, 2023.

_/s/ Peter Bray_
Peter Bray
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | Case No. 4:23−mj−00180 |
| Anna Rene Moore | § § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **California Central District Court, Los Angeles division, in 2:22Cr593 (charging District's case number).**

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: January 31, 2023

_____
Peter Bray
United States Magistrate Judge

Government moved for detention and Defendant detained pending a hearing in District of offense.