

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:23-mj-00013-SKO-1
### 2:22-cr-00593-PA-1

| | |
|---|---|
| Case title: USA v. Flores | Date Filed: 01/26/2023 |
| Other court case number: 2:22-CR-593-PA US District Court, Central District of CA | Date Terminated: 02/13/2023 |

Assigned to: Magistrate Judge Sheila K. Oberto

**Defendant (1)**

| | | |
|---|---|---|
| **Anthony David Flores**<br>TERMINATED: 02/13/2023<br>*also known as*<br>Anton David<br>TERMINATED: 02/13/2023 | represented by | **Ambrosio E. Rodriguez**<br>The Rodriguez Law Group<br>626 Wilshire Blvd.<br>Suite 460<br>Los Angeles, CA 90017<br>213-995-6767<br>Fax: 213-995-6368<br>Email: aer@aerlawgroup.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael J. Hanagan**<br>The Rodriguez Law Group<br>626 Wilshire Blvd.<br>Suite 460<br>Los Angeles, CA 90017<br>213-995-6767<br>Fax: 213-995-6368<br>Email: mjh@aerlawgroup.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                                                                  **Disposition**

RULE 5(c)(3)

---

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2023 | 1 | RULE 5(c)(3) ARREST and DOCUMENTS RECEIVED from US District, Central District of CA. Case 2:22-CR-00593-PA as to Anthony David Flores (1). (Martin-Gill, S) (Entered: 01/27/2023) |
| 01/27/2023 | 2 | MINUTES (Text Only) for proceedings held via video conference before Magistrate Judge Sheila K. Oberto: INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS as to Anthony David Flores held on 1/27/2023. The Court noted the hearing was being conducted via video conference pursuant to General Order 614, 620, 624, 628, 630, 632, 635, 640, 649, 652, 655 and 656 the CARES Act. Defendant and counsel consented to the appearance by video and government counsel also consented to appearance by video. Defendant is advised of charges and rights; Financial affidavit submitted on behalf of defendant. The Court appoints a Federal Defender to represent defendant. Defendant acknowledged receipt of the Indictment and waives formal reading and statutory and constitutional rights. True Name stated as charged; NOT GUILTY PLEA ENTERED. The right to an ID Hearing and Rule 20 transfer are waived. The court instructed government counsel under Rule 5(f) to comply with its disclosure obligations under *Brady v. Maryland.* The government requests a detention hearing. **Detention Hearing set for 2/1/2023 at 02:00 PM via Zoom before Magistrate Judge Sheila K. Oberto.** Government Counsel: Arin Heinz present. Defense Counsel: Griffin Estes present. Custody Status: CUSTODY - FCJ. Court Reporter/CD Number: Otilia Rosales. Pretrial Officer: Ryan Beckwith. (Kusamura, W) (Entered: 01/27/2023) |
| 01/30/2023 | 4 | ORDER (TEXT ONLY) as to Defendant Anthony David Flores signed by Magistrate Judge Sheila K. Oberto on 1/27/2023: According to the Federal Rules of Criminal Procedure Rule 5(f), the government is ordered to comply with its discovery obligations as required by federal law, including those duties imposed by Brady v. Maryland, 373 U.S. 83 (1963), and all applicable decisions interpreting Brady. This order does not relieve any party of any other discovery obligation. The consequences for violating this order or the government's obligations under Brady may include sanctions, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges, among other consequences. (Kusamura, W) (Entered: 01/30/2023) |
| 02/01/2023 | 5 | MINUTES (Text Only) for proceedings held via video conference before Magistrate Judge Sheila K. Oberto: DETENTION HEARING as to Anthony David Flores held on 2/1/2023. The Court noted the hearing was being conducted via video conference pursuant to General Order 614, 620, 624, 628, 630, 632, 635, 640, 649, 652, 655 and 656 the CARES Act. Defendant and counsel consented to the appearance by video and government counsel also consented to appearance by video. The matter of Detention |

| | | |
|---|---|---|
| | | was argued by the government. The Defendant advised the Court that he was in the process of retaining Counsel and requests to continue the detention hearing. The parties showed good cause to waive the 5 day rule to hear detention hearings. The Court finds that good cause does exists and waives the 5 day rule. The **Detention Hearing is continued to 2/10/2023 at 02:00 PM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.** Defendant is Ordered TEMPORARILY detained. Government Counsel: Arin Heinz present. Defense Counsel: Griffin Estes present. Custody Status: CUSTODY - FCJ. Court Reporter/CD Number: Otilia Rosales. Pretrial Services Officer: Ryan Beckwith. (Kusamura, W) (Entered: 02/01/2023) |
| 02/08/2023 | 6 | NOTICE of ATTORNEY APPEARANCE: Ambrosio E. Rodriguez appearing for Anthony David Flores. Attorney Rodriguez, Ambrosio E. added. (Rodriguez, Ambrosio) (Entered: 02/08/2023) |
| 02/08/2023 | 7 | NOTICE of ATTORNEY APPEARANCE: Michael J. Hanagan appearing for Anthony David Flores. Attorney Hanagan, Michael J. added. (Hanagan, Michael) (Entered: 02/08/2023) |
| 02/10/2023 | 8 | MINUTES (Text Only) for proceedings held before Magistrate Judge Stanley A. Boone: DETENTION HEARING as to Anthony David Flores held on 2/10/2023. Defense counsel request the defendant be temporarily detained pending a detention hearing in the Central District of California- Granted. The Defendant is ordered TEMPORARILY DETAINED and ordered to be transported forthwith to the Central District. Government Counsel: Arin Heinz present. Defense Counsel: Ambrosio Rodriguez present. Custody Status: In custody - FCJ -present. Court Reporter/CD Number: Araceli Garcia. (Gonzales, V) (Entered: 02/10/2023) |
| 02/10/2023 | 9 | DETENTION ORDER signed by Magistrate Judge Stanley A. Boone on 2/10/2023 as to Anthony David Flores. (Gonzales, V) (Entered: 02/10/2023) |
| 02/13/2023 | 10 | COMMITMENT to ANOTHER DISTRICT signed by Magistrate Judge Stanley A. Boone on 02/10/2023 as to Anthony David Flores. Defendant committed to Central District of California, Los Angeles Division. (Maldonado, C) (Entered: 02/13/2023) |
| 02/13/2023 | 11 | TRANSMITTAL of DOCUMENTS on *2/13/2023* to * Attn: Clerk* *Central District of California, Los Angeles Division* *350 W. 1st St.* *Los Angeles, CA 90012*. *Electronic Documents: 1 to 10 * (Maldonado, C) (Entered: 02/13/2023) |

AO 471  (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony David Flores | ) | Case No. 1:23-mj-00013-SKO |
| *Defendant* | ) | |

## ORDER TO TEMPORARILY DETAIN A DEFENDANT

Pursuant the Defendant's request, and with no objection from the United States, the defendant is temporarily detained pending a detention determination under 18 U.S.C. 3142 in the Central District of California.

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

The defendant be afforded reasonable opportunity for private consultation with counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: **Feb 10, 2023**

*Judge's signature*

**Stanley A. Boone-United States Magistrate Judge**

*Printed name and title*

✎ AO 94   (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. | |
| ANTHONY DAVID FLORES | Case No.  1:23-mj-00013-SKO |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | | 2:22-cr-00593-PA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[✔] Indictment   [ ] Information   [ ] Complaint   [ ] Other (specify) _____

**charging a violation of**   18   **U.S.C. §**  1349

**DISTRICT OF OFFENSE**  California   - CD     **DIVISION:**  Los Angeles

**DESCRIPTION OF CHARGES:**

Conspiracy to Commit Wire Fraud and Mail Fraud

**CURRENT BOND STATUS:**

[ ] Bail fixed at _____ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[✔] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)

| **Representation** | [✔] Retained Own Counsel | [ ] Federal Defender Organization | [ ] CJA Attorney | [ ] None |
|---|---|---|---|---|
| **Interpreter Required?** | [✔] No | [ ] Yes | Language: | |

**DISTRICT OF**   CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 10, 2023                                         _/s/ Stanley A. Boone_
_____                              _____
Date                                                              United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |