FILED

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

2023 FEB 28  AM 11: 29

CLERK U.S. DISTRICT
CENTRAL DIST. OF CAL
LOS ANGELES

BY: TV

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. Anna Rene Moore USMS# 42196-510 | PLAINTIFF  DEFENDANT | CASE NUMBER: 2:22-CR-00593-PA  REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __2/28/23__ at __0800__ ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC § 1349, 1343, 1341, 1028A, 1956(4), 1956(a)(1)(B)(i), 1957(a)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified:  Duty Officer

10. Remarks (if any): _____

11. Name: Ybarra, G.  (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: _____

15. Date: 2/28/23

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION