# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 22-593 PA |
| Date | March 1, 2023 |

**Present: The Honorable** PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Kamilla Sali-Suleyman | Not Reported | Andrew M. Roach, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anna Rene Moore | NOT | X | | Charles Snyder, DFPD | NOT | X | |

**Proceedings:** IN CHAMBERS ORDER

    Trial is scheduled for April 25, 2023, at 8:30 a.m. before United States District Judge Percy Anderson, Courtroom No. 9A, 350 West 1st Street, Los Angeles, California 90012. The Court orders a trial date, final status conference date, and briefing schedule. See Criminal Trial Order. The deputy clerk is ordered to serve on counsel a copy of the Court's Criminal Trial Order. The Final Status Conference is scheduled for April 17, 2023, at 3:00 p.m. Jury trial is set for Tuesday, April 25, 2023, at 8:30 a.m.

    Any motions, including motions in limine, and notices required by Rule 12, 12.1 and 12.2 shall be filed by March 27, 2023. Oppositions to motions shall be filed by April 3, 2023, and replies are to be filed by April 10, 2023. Motions will be heard at the final status conference on April 17, 2023, at 3:00 p.m.

    IT IS SO ORDERED.

                                                                                                                                                                                :

                                                                                                                               Initials of Deputy Clerk     kss

**cc: USMO, PSA**