E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0306
    Facsimile: (213) 894-2927
    E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:22-CR-00593-PA-2 |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF PROPOSED ORDER CONTINUING DEFENDANT ANNA RENE MOORE'S TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ANTHONY DAVID FLORES, aka "Anton David," and ANNA RENE MOORE, | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Andrew M. Roach, hereby lodges the attached Proposed Order Continuing Defendant Anna Rene Moore's Trial Date and Findings Regarding Excludable Time Periods Pursuant to the Speedy Trial Act.

//
//
//
//
//

```
Dated: March 20, 2023            Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 ANNAMARTINE SALICK
                                 Assistant United States Attorney
                                 Chief, National Security Division


                                   /s/ Andrew M. Roach
                                 ANDREW M. ROACH
                                 Assistant United States Attorney

                                 Attorneys for Applicant
                                 UNITED STATES OF AMERICA
```