# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 22-593 PA |
| Date | April 25, 2023 |

**Present: The Honorable** PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Kamilla Sali-Suleyman (video) | Pat Cuneo | Andrew M. Roach, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Anthony David Flores | X | X | | Ambrosio Eduardo Rodriguez | X | | X |
| (2) Anna Rene Moore | X | X | | Charles James Snyder, DFPD | X | X | |

**Proceedings:** STATUS CONFERENCE

Cause called; appearances made. Court and counsel confer regarding the status of the case and discovery. Any motions with regard to discovery shall be filed by June 12, 2023. Any motions related to privilege issues shall be filed by July 17, 2023.

IT IS SO ORDERED.

                                                      : 30

Initials of Deputy Clerk     kss

**cc:** USMO, PSA