E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0306
    Facsimile: (213) 894-2927
    E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-CR-00593-PA |
| Plaintiff, | STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINES TO FILE DISCOVERY AND PRIVILEGE MOTIONS |
| v. | |
| ANTHONY DAVID FLORES, aka "Anton David," and ANNA RENE MOORE, | [*PROPOSED ORDER FILED SEPARATELY*] |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, and defendant Anna Rene Moore ("defendant Moore"), by and through her counsel of record, Deputy Federal Public Defender Charles J. Snyder, and defendant Anthony David Flores, also known as "Anton David" ("defendant Flores"), by and through his counsel of record, Ambrosio E. Rodriguez, hereby stipulate as follows:

    1.    The Court held a status conference in this matter on April 25, 2023. (Dkt. 44.) At the status conference, the government

anticipated that it could produce the remaining discovery by the end of May 2023. Based on the government's estimate, the Court set a deadline of June 12, 2023, for the filing of any discovery motions, and July 17, 2023, for the filing of any motions for privilege.

2. Following the April 25, 2023 status conference, the government continued to make productions, including an additional production of approximately 200,000 pages of discovery on May 1, 2023. To date, the government has produced over 429,000 pages of discovery to defendants.

3. The government represents, however, that, despite its best efforts, it has been unable to produce the remaining discovery by end of May 2023, as it anticipated. The government represents that the final review and production of this data has taken longer than anticipated due to the volume of data, unforeseen technological issues, an agent illness, and continued consultations with the privilege review team regarding the email search warrants executed on defendants' email accounts in October 2022. As a result of these delays, the government anticipates producing this discovery by the end of June 2023.

4. The parties therefore request that the Court continue the motions deadlines to allow the government to complete its production of the remaining discovery and allow the parties to file any motions, if necessary.

//
//
//

5. Accordingly, the parties agree and stipulate to the following the motions schedule: (1) any discovery motions shall be filed by July 17, 2023, and (2) any privilege motions shall be filed by August 21, 2023.

IT IS SO STIPULATED.

Dated: June 2, 2023                    Respectfully submitted,

                                       E. MARTIN ESTRADA
                                       United States Attorney

                                       ANNAMARTINE SALICK
                                       Assistant United States Attorney
                                       Chief, National Security Division


                                         /s/ Andrew M. Roach
                                       ANDREW M. ROACH
                                       Assistant United States Attorney

                                       Attorneys for Applicant
                                       UNITED STATES OF AMERICA

DATED: June 2, 2023


                                         /s/ with email authorization
                                       CHARLES J. SNYDER
                                       Deputy Federal Public Defender

                                       Attorney for Defendant
                                       ANNA RENE MOORE

DATED: June 2, 2023


                                         /s/ with email authorization
                                       AMBROSIO E. RODRIGUEZ

                                       Attorney for Defendant
                                       ANTHONY DAVID FLORES