E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0306
     Facsimile: (213) 894-2927
     E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ANTHONY DAVID FLORES,<br>   aka "Anton David," and<br>ANNA RENE MOORE,<br><br>          Defendants. | No. 2:22-CR-00593-PA-1<br><br>STIPULATION AND JOINT REQUEST FOR AN AMENDMENT TO THE PROTECTIVE ORDER<br><br>[*PROPOSED ORDER FILED SEPARATELY*] |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, and defendant Anthony David Flores, also known as "Anton David" ("defendant"), both individually and by and through his counsel of record, Ambrosio E. Rodriguez (collectively, the "parties"), for the reasons set forth below, request that the Court enter this amendment (the "Amendment") to the protective order (the "Protective Order"), entered at Docket #16 on February 20, 2023, governing the use and dissemination of (1) personal identifying information ("PII") of

1

real persons pursuant to Federal Rule of Criminal Procedure Rule 16(d)(1), (2) medical or health information, and (3) material that may contain information within the scope of the Privacy Act.

### Introduction and Grounds for Amendment to Protective Order

1. The Court previously entered the Protective Order in this case for defendant Anthony David Flores on February 20, 2023. (Dkt. 16.)

2. The parties now wish to amend the Protective Order to allow defendant Anthony David Flores to possess and review certain discovery outside the presence of his counsel, while still preventing further dissemination of (1) PII of real persons pursuant to Federal Rule of Criminal Procedure Rule 16(d)(1), (2) medical or health information, and (3) material that may contain information within the scope of the Privacy Act beyond the needs of this case.

3. The purpose of this Amendment to the Protective Order is to (a) allow the government to comply with its discovery obligations while protecting this sensitive information from unauthorized dissemination, and (b) provide the defense with sufficient information to adequately represent defendant.

4. All other terms of the Protective Order will remain in force.

### Terms of the Amendment to the Protective Order

5. The parties jointly request the Court enter this Amendment to Protective Order, which will permit the government to produce Confidential Information in a manner that preserves the privacy and security of third parties. The parties agree that the following conditions in the Protective Order will serve these interests:

      a.   In addition to the other designations permitted in the Protective Order, the government is authorized to provide defense counsel and defendant with Confidential Information marked with the following legend: "PRODUCED TO DEFENDANT – DO NOT DISTRIBUTE."  The government may put that legend on the digital medium (such as DVD or hard drive) or simply label a digital folder on the digital medium to cover the content of that digital folder. The government may also redact any PII contained in the production of Confidential Information.

      b.   Defendant and the Defense Team agree to use the Confidential Information, including, but not limited to, documents marked "PRODUCED TO DEFENDANT – DO NOT DISTRIBUTE," solely to prepare for any pretrial motions, plea negotiations, trial, and sentencing hearing in this case, as well as any appellate and post-conviction proceedings related to this case.

      c.   Defendant and the Defense Team shall not permit anyone other than the Defense Team or defendant to have possession of or review any material marked "PRODUCED TO DEFENDANT – DO NOT DISTRIBUTE."  Defendant may possess copies of the Confidential Information with the designation "PRODUCED TO DEFENDANT – DO NOT DISTRIBUTE," and review those documents outside the presence of counsel; however, defendant is expressly forbidden from distributing or showing any material produced to defendant and marked "PRODUCED TO DEFENDANT – DO NOT DISTRIBUTE" to any other person. Notwithstanding the foregoing, defendant is still forbidden from possessing or reviewing any material marked "CONFIDENTIAL INFORMATION -- SUBJECT TO PROTECTIVE ORDER" outside the presence of the Defense Team.

   d. Defendant agrees to return all materials given to defendant and marked "PRODUCED TO DEFENDANT – DO NOT DISTRIBUTE" to defense counsel at the end of the proceedings.  Defense counsel will then maintain or destroy these materials in accordance with the terms of the Protective Order.

   e. Accordingly, the parties have agreed to request that the Court enter this Amendment to Protective order in the form submitted herewith.

   IT IS SO STIPULATED.

Dated: June 25, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

*/s/ Andrew M. Roach*
ANDREW M. ROACH
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

DATED: 6/20/23

AMBROSIO E. RODRIGUEZ

Attorney for Defendant
ANTHONY DAVID FLORES

DATED: 6/20/23

ANTHONY DAVID FLORES
Defendant

4