```
The Rodriguez Law Group
Ambrosio E. Rodriguez, SBN 200880
626 Wilshire Blvd., Ste 460
Los Angeles, CA  90017
(213) 995-6767
(213) 995-6368
aer@aerlawgroup.com

Counsel for Defendant
Anthony Flores
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00593-PA |
|---|---|
| Plaintiff, | EX PARTE REQUEST FOR CONTINUANCE OF THE SENTENCING DATE |
| v. | **CURRENT SENTENCING DATE:** 02/26/2024 |
| ANTHONY FLORES | |
| Defendant. | **[PROPOSED] SENTENCING DATE:** 05/20/2024 |
| | Before the Honorable Percy Anderson |
| | **[UNOPPOSED BY THE GOVERNMENT]** |

Defendant Anthony Flores ("Defendant"), both individually and by and through his counsel of record, Ambrosio E. Rodriguez, hereby requests this Court to continue his current sentencing date of February 26, 2024 to May 20, 2024. The basis for the request is as follows:

1. The indictment in this case was made public on January 31, 2023. Defendant Flores first appeared before a judicial officer of the Court in which the charges in this case were pending on

March 13, 2023, at which point Mr. Flores was arraigned.

2. The Court set a trial date of May 9, 2023.

3. The trial date was later continued to March 19, 2024.

4. On October 19, 2023, a plea agreement was filed as to Defendant Anthony Flores.

5. On October 23, 2023, Mr. Flores pleaded guilty to Counts One, Three, Four, Five, Seven, Nine, Ten, Eleven, and Twelve of the Indictment, charging defendant with violations of 18 U.S.C. §1341, §1343, §1349, §1956(a)(1)(B)(i), and §1957. The Court accepted Mr. Flores's Change of Plea and vacated the pretrial conference and jury trial date. The Court set a Sentencing date for February 26, 2024, at 8:30 a.m.

6. Defense counsel and the Government have determined a mutually agreeable future date of May 20, 2024.

7. Defendant is requesting the sentencing date be continued based upon the following facts which defendant believes demonstrate good cause:

    a. This is a very serious and factually intensive sentencing which includes significant mitigating circumstances pursuant to § 3553(a)(1) and will require extensive research, drafting, and review with the Defendant.

    b. Specific to this matter and sentencing, the primary investigation relevant to these charges reside in the documents from a related civil case, which has generated tens of thousands of documents, hundreds of thousands of pages, and substantial deposition transcripts containing mitigating information relevant to sentencing, and organization and investigation will take significant

2

        time when counsel is consumed with other preparation for other serious trials.

  c. Specifically, defense counsel is engaged in multiple murder and sex crimes trials in California state court in the next three months:

     1. People v. Anthony Varela (Los Angeles County Case No. VA151785, a multi-defendant murder case time estimated to last two weeks commencing in mid-January 2024.

     2. People v. Jobany Villatoro (Los Angeles County Case No. BA495274), a multi-victim murder case anticipated to commence on April 17, 2024, and anticipated to last two weeks;

     3. People v. James Santistevan (LA County Case No. GA109936), a multi-defendant murder case anticipated to commence on April 4, 2024, time estimated for three weeks; and

     4. People v. Sibghatallah Nawaz (San Diego County Case No. CD294384), a high-severity child molestation matter, is expected to commence in mid-April.

  d. Additionally, counsel is expecting to be out of country on a long-planned family trip from March 15 through March 30, 2024.

  e. The requested continuance is not based on congestion of the Court's calendar, or lack of diligent preparation on the part of the attorney for the government or the defense.

  f. This is the first continuance request for sentencing on behalf of the defense.

      g. Defense Counsel has conferred with Defendant regarding this request and proposed order thereon, and defendant agrees to the terms of the proposed order.

      h. There would be no prejudice among parties caused by this continuance, and the Request is unopposed. On the contrary, a denial of continuance would result in direct and unquestionable prejudice on the Defendant, whose counsel would be deprived of necessary time to timely draft, file, and serve its Sentencing Position.

## CONCLUSION

For the foregoing reasons, defendant Anthony Flores is requesting that his sentencing date be continued from February 26, 2024 to May 20, 2024.

Dated: January 12, 2023              /s/ Ambrosio E Rodriguez

                                       Ambrosio E. Rodriguez

                                       Attorney for Defendant